

# NUMBER 13-20-00425-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **TEXAS WINDSTORM INSURANCE ASSOCIATION,** | **Appellant,** |
| **v.** | |
| **COMMERCE OFFICE PARK-ONE, L.P.,** | **Appellee.** |

### On appeal from the 105th District Court
### of Nueces County, Texas.

# ORDER ABATING APPEAL

### Before Chief Justice Contreras and Justices Benavides and Silva
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file the brief. Appellant's brief was originally due to be filed on April 23, 2021, and this Court has previously granted appellant two extensions for the filing of appellant's brief. Appellant has now filed its third motion requesting additional time to file the appellate brief

which indicates the appellate record may be incomplete.

This situation requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See id.* R. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine if the reporter's record, or any part thereof, is inaccurate, as provided, and/or if any part has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(e)(f), if necessary. Otherwise, the trial court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within fifteen days from the date of this order. Appellant's third motion for extension of time to file the brief is hereby carried with the case.

PER CURIAM

Delivered and filed on the
1st day of July, 2021.